IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LANON QUINTERO WAGNER,

      Petitioner,                                                                    ORDER

v.

                                                            Case No.  25-cv-237-wmc

WARDEN E. EMMERICH,

      Respondent.

Petitioner Lanon Quintero Wagner seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee.  For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than April 25, 2025.  Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately September 28, 2024 through the date of the petition, March 28, 2025.

ORDER

IT IS ORDERED that:

      1.      Petitioner Lanon Quintero Wagner may have until April 25, 2025, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.      If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before April 25, 2025, I will assume that petitioner wishes to withdraw this petition.

Entered this 28th day of March, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge